IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 MAY 17 P 9:30
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

_Frank James_ )
Full name and prison number of )
plaintiff(s) )
)
)   CIVIL ACTION NO. 2:05cv455-F
v. )   (To be supplied by the Clerk of the
)    U.S. District Court)
~~[redacted]~~ )
)
_Atica J. Helnis_ )
)
)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.  PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  Yes ( )  No (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  Yes ( )  No (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:
      Plaintiff(s) _____
      Defendant(s) _____

   2. Court (if federal court, name the district; if state court, name the county)
      _____

   3. Docket No. _____

   4. Name of Judge to whom case was assigned _Charles Price_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _it still going_

6. Approximate date of filing lawsuit _5/13/15_

7. Approximate date of disposition _8/16/04_

II. PLACE OF PRESENT CONFINEMENT _Montgomery County Detention Facility_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Montgomery County Detention Facflity_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Atica J. Helmis | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _8/16/04_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _On the ground that in 72 hours i was ing braad in font of a Judeg it take 8 months_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
_My Probation put me here and then she left i set here 8 months befor i want to court and am still here because i was revocation by Judeg Charles Price_

GROUND TWO: that a statement was made that was a lie

SUPPORTING FACTS: i haven't done drug in three year and 9 month but that's what am charge with

GROUND THREE: i stay in here a long eight month befor i want to court that a Civil Suits

SUPPORTING FACTS: the 9 month i get revocation it take them 9 month to violation me what happen to the hearing in 72 hours don't everyone get that hearing i don't and now i got to go to prison

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
What i want is to be left along but i also want something to be done about this so it will never happen again i want to be release or we can go on with this

*Frank N. [signature]*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  5/13/05 .
(date)

_____
Signature of plaintiff(s)

-3-