STRICKEN AS A DOCKETING ERROR